MARY J. HICKEY *vs.* ELIZABETH L. HICKEY & others.

Middlesex. February 26, 1917. — February 28, 1917.

Present: RUGG, C. J., BRALEY, DE COURCY, PIERCE, & CARROLL, JJ.

*Practice, Civil,* Matters outside record before this court.

A copy of a will printed in a brief of counsel at an argument before this court, which is no part of the record, cannot be considered by the court.

PETITION, filed in the Superior Court on September 17, 1915, by the alleged owner as a tenant in common of one undivided half of a parcel of land on Butterfield Street in Lowell against her alleged co-tenant in common for partition.

The respondents filed answers.

The case was heard by *Hamilton, J.,* who made the following order:

"In the above action I find upon due consideration and hearing that, upon the issues raised by the petition and answers, the petitioner is entitled to have partition for one half of the estate as claimed in said petition and do order that partition be made accordingly."

The respondent James A. Hickey appealed.

In the brief of the appealing respondent he undertook to found an argument on the provisions of the will of Walter Hickey, late of Lowell, under whom all the parties claimed title, and a copy of this will was printed in his brief which did not appear anywhere in the record.

The case was submitted on briefs.

*J. A. Hickey,* respondent, *pro se.*

*L. T. Trull & F. N. Wier,* for the petitioner.

BY THE COURT. The record in this case consists of a petition for partition of land, an answer by the appellant and another answer by two other respondents, an order for partition made by the Superior Court judge, and an appeal. No question of law whatever is raised by the appeal.

The copy of a will printed in the appellant's brief is no part of the record and cannot be considered.

*Order for partition affirmed.*